UNITED STATES DISTRICT COURT

FOR THE EASTER DISTRICT OF LOUISIANA

**AYMAN SALEH**  CIVIL ACTION NO. 17-2943
    Plaintiff,

vs.

**BEACON SALES ACQUISITION, INC. d/b/a**
**WEST END ROOFING, SIDING, AND WINDOWS**   JURY DEMAND
    Defendants.

## COMPLAINT

1. This is an action to halt and seek redress from the unlawful discrimination on the basis of race, origin, and retaliation that Defendant implemented in its business practices.

2. Title VII of the Civil Rights Act of 1964 makes it illegal to discriminate against someone on the basis of race, color, religion, national origin, or sex. It also makes it illegal to retaliate against a person because the person complained about discrimination.

3. Despite these mandates protections, Defendant has violated Plaintiff's rights.

## PARTIES

4. Plaintiff was employed at Beacon Sales Acquisition, Inc., d/b/a West End Roofing, Siding, and Windows at 1420 Sams Avenue, Suite 2-A, Harahan, Louisiana, 70123. Plaintiff is a person or age of majority from Kuwait and is a practicing Muslim.

5. Defendant is Beacon Sales Acquisition, Inc. d/b/a West End Roof, Siding and Windows, a foreign corporation authorized to do business in Louisiana. It can be served with process through its registered agent, Beacon Sales Acquisition, Inc., One Lakeland Park Drive, Peabody, Massachusetts, 01960. Defendant has employs over 500 people.

## **FACTUAL BACKGROUND**

6. Plaintiff worked for a Beacon Sales Acquisition, Inc., d/b/a West End Roofing, Siding, & Windows as a driver, starting in August 2005.

7. During the course of his employment, Plaintiff was subjected to harassment based on his Muslim religion and national origin (Kuwait).

8. Numerous employees and managers made derogatory, offensive, and negative comments to Plaintiff about his religion, his religious practices, and his country of origin.

9. Plaintiff reported this harassment multiple times to Management and Human Resources, but corrective action was not taken.

10. Plaintiff was subjected to unlawful disciplinary action in June 2014, in violation of the retaliation clause under Title VII of the Civil Rights Act of 1964, when he was written up and disciplined after another employee complained that Plaintiff was discussing his religion in the workplace.

11. Plaintiff was written up and disciplined numerous times for unproven incidents.

12. Additionally, Plaintiff was paid at rate lower than similarly situated employees; employees who had started working for Defendant after Plaintiff started.

13. When Plaintiff informed Defendant he was looking for employment elsewhere due to the constant harassment, Plaintiff was asked to resign and ultimately gave his two-weeks' notice on September 12, 2014.

14. At the time of his resignation, Plaintiff was making $16.98/hr and working between 45-50 hours per week.

15. At the time of his resignation, Plaintiff had approximately $4,754.40 in unused vacation, sick, and personal days.

16. Plaintiff has not collected unemployment since his resignation.

17. Plaintiff has incurred upwards for $10,000.00 in job search expenses since his resignation and has driven over 10,000 miles during his job search.

18. Plaintiffs' Medical Premiums have cost him upwards of $45,000.00 since his resignation.

19. As a result of the treatment Plaintiff suffered emotional distress, lost wages, mental anguish, sleeplessness, anxiety, feelings of degradation, depression, fear, worry, and loss of enjoyment of life.

## JURISDICTION AND VENUE

20. This Court has jurisdiction over this matter under 28 U.S.C. § 1331 and 28 U.S.C. § 1367.

21. On June 19, 2014, Plaintiff timely filed a charge with the United States Equal Employment Opportunity Commission ("EEOC") against Defendant for employment discrimination.

22. On September 18, 2016, the EEOC issued a Determination letter finding that Defendant violated Title VII of the Civil Rights Act of 1964 as amended.

23. On March 20, 2017, the EEOC issued a "Right to Sue" letter. It is Plaintiff's understanding and belief that Defendant refused to mediate or reconcile this dispute.

24. Venue is proper because the discrimination occurred in this District.

25. This Court has jurisdiction over the Defendant because it is located and operates in the State of Louisiana.

## COUNT I: VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

26. Paragraphs 1-18 are restated as if fully incorporated herein.

27. Title VII of the Civil Rights Act prohibits discrimination on the basis of race, color, religion, or national origin.

28. Title VII of the Civil Rights Act also prohibits retaliation against a person because the person complained about discrimination.

29. As shown by the paragraphs above, Plaintiff made numerous complaints regarding the discriminatory treatment to which he was subjected.

30. Plaintiff was disciplined by management in violation of the anti-retaliation clause of Title VII.

31. Plaintiff was ultimately asked to resign and provided his two-weeks' notice.

## JURY TRIAL REQUEST

32. Plaintiff hereby notifies the Court and Defendant of his intent to seek a trial by jury in this matter.

## REQUEST FOR RELIEF

**WHEREFORE,** Plaintiff respectfully requests that this Court enter Judgment in favor of Plaintiff and against Defendant and award the following relief:

a. Appropriate injunctive relief, including but not limited to an order restraining Defendant from engaging in further discriminatory conduct of the types alleged in this Complaint;

b. Back pay in an amount to be determined;

c. Front pay;

d. Compensatory and consequential damages, including those for emotional distress against Defendant;

e. Punitive damages against Defendant;

f. Pre-judgment and post-judgment interest at the highest lawful rate;

g. Attorney's fees and costs of this action; and

h.  Any such further relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED:

/s/ Sarah M. Kalis
Galen M. Hair, La. Bar No. 32865, T.A.
Sarah M. Kalis, La. Bar No. 37186
**Scott Vicknair Hair & Checki LLC**
909 Poydras Street, Suite 1100
New Orleans, LA 70112
Phone: (504) 684-5200

**Proposed Summons Attached Hereto**